

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,202-02

**EX PARTE JOEL RAMIREZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR20713-B IN THE 35ᵗʰ DISTRICT COURT
### FROM BROWN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of tampering with or fabricating physical evidence and sentenced to imprisonment for forty-five years.

On January 22, 2015, an order designating issues was signed by the trial court ordering counsel to respond to Applicant's claim. The trial court has not yet finished its investigation and fact-finding. We remand this application to the 35ᵗʰ District Court of Brown County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The

issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: February 11, 2015
Do not publish